SUSAN L. WILSON *v.* ROBERT J. OVERTON
(10939)

O'CONNELL, LAVERY and SCHALLER, Js.

Argued December 2—decision released December 22, 1992

*Barbara J. Hampton,* for the appellant (plaintiff).

*Robert P. Hanahan,* with whom, on the brief, was *Brian A. Barnes,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.

VIRGINIA BIRDSALL ET AL. *v.* FERNANDO
SAUCIER ET AL.
(11288)

LAVERY, FREEDMAN and SCHALLER, Js.

Argued December 4—decision released December 22, 1992

*Timothy Brignole,* with whom, on the brief, was *Michael E. Grossman,* for the appellants (plaintiffs).

*James P. Connolly,* with whom, on the brief, was *Suzanne M. Gordon,* for the appellees (defendants).

PER CURIAM. The judgment is affirmed.